UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
        - against -             :   07-mj-01016-UA
                                :
                                :
ALEXANDER KAPLAN,               :
                                :   NOTICE OF APPEARANCE
                Defendant.      :
                                :
-------------------------------X

    Undersigned counsel hereby notes his appearance on behalf of defendant ALEXANDER KAPLAN in the above-captioned matter.

Dated:  New York, New York
        July 20, 2007


                        Respectfully submitted,

                        ____/s/_____
                        Diarmuid White
                        WHITE & WHITE
                        148 East 78th Street
                        New York, NY  10021
                        (212) 861-9850
                        fax (212) 861-9870
                        diarmuid@whiwhi.com